# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush  　　　Date: April 16, 2007
Court Reporter: Paul Zuckerman
Probation Officer: Dee Clark

Criminal Action No. 05-cr-00141-MSK

*Parties*:　　　　　　　　　　　　　　　　*Counsel*:

UNITED STATES OF AMERICA,　　　　Jaime Pena
　　　　　　　　　　　　　　　　　　　　Gregory Rhodes
　　　　　Plaintiff,

v.

6.  KENNETH PRIEN,　　　　　　　　Joseph Saint-Veltri

　　　　　Defendant.

## SENTENCING MINUTES

**10:09 a.m.　　Court in session**.

Defendant present in custody.

**Change of Plea Hearing on February 6, 2006. Defendant pled guilty to Count 3 of the First Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. Statements made by the Government, defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDER:** Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. 1197) is granted.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:55 a.m.   Court in recess.**

Total Time: 00:46
Hearing concluded.