UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    LEE ARTHUR THOMPSON, a/k/a "LT,"
2.    ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.    JORGE BANUELOS,
4.    CECILIA LOZANO,
5.    DENISE GUTIERREZ,
**6.    KENNETH PRIEN, a/k/a "KENNY,"**
**7.    RONALD DEAN DEHERRERA, a/k/a "DINO,"**
8.    WILLIAM L. GLADNEY, a/k/a "L,"
9.    STEVEN LAMONT ELLIS,
10.   JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.   JESSICA CRUTHERS,
**12.   PAUL ROSE, JR.,**
13.   DAVID ZAMORA,
14.   STEVE ZAMORA, and
15.   MILTON A. YON,

       Defendants.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of

Judge Marcia S. Krieger to be held on **June 23, 2008 at 4:00 p.m.** in the United States District

Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse,

901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars*.  The parties shall be

prepared to address: (1) when and how long of an evidentiary hearing needs to be set to

determine whether Defendants Prien, DeHerrera and Rose are eligible for a reduction in sentence

under 18 U.S.C. § 3582(c) due to the amendment of the crack cocaine sentencing guideline; (2) whether these Defendants need to be present at any such evidentiary hearing; and (3) how long it would take to bring these Defendants to appear in person before this Court.

This is a scheduling hearing for which the Defendants do not need to appear. Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 20th day of May, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge