UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. **KENNETH PRIEN, a/k/a "KENNY,"**
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court upon the filing of Defendant Prien's Motion to Reduce Sentence. The Court construes the Motion to be a renewal of his Motion for Retroactive Application of Sentencing Guidelines pursuant to 18 U.S.C. 3582(c)(2) and Reappointment of CJA Counsel. Having reviewed the Motion,

**IT IS ORDERED** that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, counsel, Joseph Saint-Veltri, shall be re-appointed to represent Defendant. CJA counsel shall have up to

and including **August 31, 2011,** in which to adopt, supplement or withdraw Defendant's Motion. The Government shall have up to and including **September 14, 2011,** in which to respond. It is

**FURTHER ORDERED** that the Probation office shall have **20 days** thereafter to prepare and serve (per Rule 32) a supplemental presentence report in conformance with 28 U.S.C. § 3553(a), 28 U.S.C. § 3582(c)(2) and §1.B1.10 of the FEDERAL SENTENCING GUIDELINES. In addition to such required information, the report shall state where the Defendant is incarcerated, and whether that institution has video-conferencing capabilities. It is

**FURTHER ORDERED** that the Defendant and the United States Attorney shall respond to the supplemental presentence report on or before **October 14, 2011.**

DATED this 17th day of August, 2011.

                                                **BY THE COURT:**

                                         *[signature: Marcia S. Krieger]*

                                                Marcia S. Krieger
                                                United States District Judge